**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

BRENDON LEE CUNNINGHAM,

Plaintiff,

v. No. 25-cv-589-MIS-JHR

FNU LNU,

Defendant.

**ORDER TO CURE DEFICIENCIES**

This matter is before the Court on Plaintiff's *pro se* Letter-Pleading (Doc. 1). It appears Plaintiff seeks to bring claims under 42 U.S.C. § 1983. To do so, he must file a 42 U.S.C. § 1983 complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $405 filing fee or, alternatively, file an *in forma pauperis* motion along with an account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings should include the case number (No. 25-cv-589-MIS-JHR) and be labeled as legal mail. Plaintiff's failure to timely comply with each directive above may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $405 filing fee or, alternatively, submit an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a form motion to proceed *in forma pauperis* and a blank 42 U.S.C. § 1983 civil rights complaint.

UNITED STATES MAGISTRATE JUDGE